IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 10-11-H-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING PETITION |
| DAVID MICHAEL CLEMENTS, | |
| Defendant. | |

The government having filed a motion to dismiss the petition, and there being no objection by the defendant,

IT IS ORDERED that the motion is GRANTED. The petition (Doc. 53) is DISMISSED.

DATED this 14th day of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court